THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL COHEN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>v.<br><br>BLACKBAUD, INC., *et al.*,<br><br>Defendants. | CASE NO. C20-1388-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Blackbaud, Inc.'s unopposed motion for an extension of time to respond to Plaintiff's complaint (Dkt. No. 20.) Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Blackbaud's deadline to answer or otherwise respond to the complaint is extended until 30 days after the Judicial Panel for Multidistrict Litigation (JPML) rules on the Motion to Transfer in MDL Case No. 2972, which is currently pending before the JPML.

//
//
//

MINUTE ORDER
C20-1388-JCC
PAGE - 1

1. DATED this 16th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-1388-JCC
PAGE - 2