UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **DANIEL COHEN**, individually and on behalf of all others similarly situated,<br><br>                              **Plaintiff**,<br>   - vs -<br>**BLACKBAUD, INC.**, a Delaware corporation, **THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE**, a Massachusetts not-for-profit corporation, **BANK STREET COLLEGE OF EDUCATION**, a New York not-for-profit corporation, and **THE TENEMENT MUSEUM**, a New York not-for-profit corporation,<br><br>                              **Defendants**. | **Civil Action No. 2:20-cv-01388-JCC** |

## STIPULATION FOR EXTENSION OF TIME

The parties having met and conferred regarding the deadline for Defendant Bank Street College of Education (hereinafter "Defendant" or "Bank Street") to respond to Plaintiff Daniel Cohen's class action complaint (hereinafter the "Complaint"), hereby stipulate and agree to an extension of time for Bank Street to move, answer, or otherwise respond to the Complaint to November 9, 2020.

DATED:   October 19, 2020

| | |
|---|---|
| **BOND, SCHOENECK & KING, PLLC** | **LAW OFFICE OF<br>CARL J. MARQUARD PLLC** |
| By:  */s/ Jessica L. Copeland*<br>     Jessica L. Copeland, Esq.<br>(Application for pro hac vice admission forthcoming)<br>*Attorneys for Defendant*<br>*Bank Street College of Education*<br>Avant Building - Suite 900<br>200 Delaware Avenue<br>Buffalo, New York   14202-2107 | By:  /s/ Carl J. Marquardt. Esq.<br>     Carl J. Marquardt. Esq.<br>(WA Bar No. 23257)<br>*Attorneys for Plaintiff Daniel Cohen*<br>1126 34th Avenue, Suite 311<br>Seattle, WA  98122<br>(206) 388-4498<br>carl@cjmlawoffice.com |

-2-

| | |
|---|---|
| (716) 416-7000 | Mark L. Javitch, Esq. |
| jcopeland@bsk.com | **JAVITCH LAW OFFICE** |
| Gregory B. Reilly, Esq. | *Attorneys for Plaintiff Daniel Cohen* |
| **BOND, SCHOENECK & KING, PLLC** | 480 S. Ellsworth Avenue |
| (Application for pro hac vice | San Mateo, CA  94401 |
| admission forthcoming) | (650) 781-8000 |
| *Attorneys for Defendant* | mark@javitchlawoffice.com |
| *Bank Street College of Education* | |
| 600 Third Avenue, 22nd Floor | Thomas A Zimmerman , Jr. |
| New York, NY  10016-1915 | **ZIMMERMAN LAW OFFICES PC** |
| (646) 253-2330 | *Attorneys for Plaintiff Daniel Cohen* |
| greilly@bsk.com | 77 W. Washington Street, Suite 1220 |
| | Chicago, IL  60602 |
| | (312) 440-0020 |
| | tom@attorneyzim.com |

SO ORDERED: _____
                  Honorable John C. Coughenour
                  United States District Judge