THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL COHEN, individually and on behalf of all other similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>BLACKBAUD, INC., *et al.*,<br><br>                Defendants. | CASE NO. C20-1388-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Daniel Cohen and Defendant Bank Street College of Education's stipulation for an extension of time for Defendant Bank Street College of Education to respond to Plaintiff's complaint (Dkt. No. 23.) Having thoroughly reviewed the stipulation and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Defendant Bank Street College of Education's deadline to answer or otherwise respond to the complaint is extended until November 9, 2020.

//
//
//

MINUTE ORDER
C20-1388-JCC
PAGE - 1

DATED this 20th day of October 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
