THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL COHEN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>v.<br><br>BLACKBAUD, INC., *et al.*,<br><br>Defendants. | CASE NO. C20-1388-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Lower East Side Tenement Museum's unopposed motion for an extension of time to respond to Plaintiff's complaint (Dkt. No. 27.) Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Defendant Lower East Side Tenement Museum's deadline to answer or otherwise respond to the complaint is extended until November 25, 2020.

DATED this 28th day of October 2020.

William M. McCool<br>Clerk of Court<br><br>s/Paula NcNabb<br>Deputy Clerk

MINUTE ORDER
C20-1388-JCC
PAGE - 1