THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL COHEN, individually and on behalf of all other similarly situated,<br><br>                  Plaintiff,<br>    v.<br><br>BLACKBAUD, INC., *et al.*,<br><br>                  Defendants. | CASE NO. C20-1388-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on Plaintiff Daniel Cohen and Defendant Bank Street College of Education's stipulation for an extension of time for Defendant Bank Street College of Education to respond to Plaintiff's complaint (Dkt. No. 32.) Having thoroughly reviewed the stipulation and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Defendant Bank Street College of Education's deadline to answer or otherwise respond to the complaint is extended until November 25, 2020.

//
//
//

MINUTE ORDER
C20-1388-JCC
PAGE - 1

1  DATED this 9th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1388-JCC
PAGE - 2