THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL COHEN, individually and on behalf of
all others similarly situated,

                        Plaintiff,

          v.

BLACKBAUD, INC., *et al.*,

                        Defendants.

CASE NO. C20-1388-JCC

MINUTE ORDER

15

16

17

        The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

18

19

20

21

22

23

        This matter comes before the Court on Plaintiff Daniel Cohen and Defendants President

and Fellows of Harvard College's stipulations to extend time for Defendants President and

Fellows of Harvard College (collectively "Harvard") to respond to Plaintiff's complaint (Dkt.

Nos. 30, 34.) Having thoroughly reviewed the stipulations and relevant record, and finding good

cause, the Court ORDERS that Harvard shall file their answer to Plaintiff's complaint no later

than November 23, 2020.

24

*//*

*//*

25

*//*

26

MINUTE ORDER
C20-1388-JCC
PAGE - 1

1          DATED this 12th day of November 2020.

2                                                      William M. McCool
                                                       Clerk of Court
3
                                                       s/Paula McNabb
4                                                      Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C20-1388-JCC
PAGE - 2