The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL COHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLACKBAUD, INC., PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BANK STREET COLLEGE OF EDUCATION, and THE TENEMENT MUSEUM,<br><br>Defendants. | Case No. 2:20-cv-01388-JCC<br><br>**DEFENDANT PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS**<br><br>NOTE ON MOTIONS CALENDAR: DECEMBER 18, 2020 |

Defendant President and Fellows of Harvard College ("Harvard") hereby files this opposition to Plaintiff Daniel Cohen's Motion for a Stay Pending Ruling on Consolidation and Transfer by JPML (ECF No. 43).

The Court should deny Plaintiff's motion to stay as moot. Plaintiff's Motion seeks a stay "pending the JPML's ruling on a motion to transfer and consolidate this action" with others in an MDL. Motion at 1. As of today, the JPML issued a Conditional Transfer Order. *See* Ex. 1. While Harvard reserves the right to object to the Conditional Transfer Order, Plaintiff's stay motion should be denied as moot.

DATED: December 16, 2020

**MURPHY PEARSON BRADLEY & FEENEY**

By: s/ Nicholas C. Larson
Nicholas C. Larson
Attorney for Defendant
President and Fellows of Harvard College
E-mail: nlarson@mpbf.com

**JENNER & BLOCK LLP**
Lindsay C. Harrison (to apply *pro hac vice*)
lharrison@jenner.com
Noah B. Bokat-Lindell (to apply *pro hac vice*)
nbokat-lindell@jenner.com
1099 New York Ave. NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6006

**JENNER & BLOCK LLP**
Kate T. Spelman (to apply *pro hac vice*)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel.: (213) 239-5100 / Fax: (213) 239-5199

**MURPHY PEARSON BRADLEY & FEENEY**
Nicholas C. Larson (WA Bar No. 46034)
nlarson@mpbf.com
1455 NW Leary Way
Suite 400
Seattle, WA 98107
Telephone: (206) 489-5113
Facsimile: (206) 489-5101

*Attorneys for Defendant*
*President and Fellows of Harvard College*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2020, I electronically filed the foregoing DEFENDANT PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

DATED: December 16, 2020

            By: */s/* Nicholas C. Larson
               Nicholas C. Larson
               MURPHY PEARSON BRADLEY & FEENEY

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: BLACKBAUD, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                                MDL No. 2972

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On December 15, 2020, the Panel transferred 5 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable J Michelle Childs.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Childs.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 15, 2020, and, with the consent of that court, assigned to the Honorable J Michelle Childs.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: BLACKBAUD, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION   MDL No. 2972

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 20−02738 | Imhof v. Blackbaud, Inc. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 20−05775 | Lofton v. Blackbaud |
| **MASSACHUSETTS** | | | |
| MA | 4 | 20−40149 | Bishop v. Blackbaud, Inc. |
| **MINNESOTA** | | | |
| MN | 0 | 20−02275 | Peterson v. Allina Health System et al |
| **NEW YORK EASTERN** | | | |
| NYE | 2 | 20−04758 | Faszczewski v. Blackbaud, Inc. |
| **NEW YORK SOUTHERN** | | | |
| NYS | 7 | 20−08271 | Silverman Bedell v. Blackbaud, Inc. |
| **VIRGINIA EASTERN** | | | |
| VAE | 1 | 20−01230 | Atwood v. Blackbaud, Inc. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 20−01381 | Sheth v. Blackbaud Inc |
| WAW | 2 | 20−01388 | Cohen v. Blackbaud Inc et al |