
THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DANIEL COHEN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>v.<br><br>BLACKBAUD, INC., *et al.*,<br><br>Defendants. | CASE NO. C20-1388-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Blackbaud, Inc.'s unopposed motion for an extension of time to respond to Plaintiff's first amended complaint (Dkt. No. 50.) Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Blackbaud's deadline to answer or otherwise respond to the amended complaint is extended until 15 days after the Conditional Transfer Order entered by the Clerk of the Judicial Panel for Multidistrict Litigation in MDL Case No. 2950 is resolved with respect to this matter.

//

//

1   DATED this 22nd day of December 2020.

2

3
William M. McCool
Clerk of Court

4
s/Paula McNabb
Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C20-1388-JCC
PAGE - 2