THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL COHEN, individually and on behalf of all other similarly situated, | CASE NO. C20-1388-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BLACKBAUD, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Bank Street College of Education's unopposed motion for an extension of time to respond to Plaintiff's amended complaint (Dkt. No. 52.) Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Bank Street College of Education's deadline to answer or otherwise respond to the amended complaint is extended until 15 days after the Conditional Transfer Order entered by the Clerk of the Judicial Panel for Multidistrict Litigation in MDL Case No. 2950 is resolved with respect to this matter or in accordance with the transferee court's scheduling order should the matter be transferred.

//

1    DATED this 28th day of December 2020.

2                                                  William M. McCool
                                                   Clerk of Court
3

4                                                  s/Paula McNabb
                                                   Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C20-1388-JCC
PAGE - 2