THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL COHEN, individually and on behalf of all other similarly situated,<br><br>                 Plaintiff,<br>    v.<br><br>BLACKBAUD, INC., *et al.*,<br><br>                 Defendants. | CASE NO. C20-1388-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant President and Fellows of Harvard College's motion for leave to file an over-length brief in support of its motion to dismiss Plaintiff's amended complaint (Dkt. No. 53). Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Defendant President and Fellows of Harvard College is permitted to file a brief of up to, but not exceeding, 29 pages in length in support of its motion to dismiss.

//
//
//

MINUTE ORDER
C20-1388-JCC
PAGE - 1

DATED this 28th day of December 2020.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk